**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JUAN SERRANO,**

               **Plaintiff,**

     **v.**                                                                        **9:08-CV-745**
                                                                                        **Lead Case**
**DOCTORS,** *et al.***,**                                                   **(NAM/ATB)**

               **Defendant.**
_____

**JUAN SERANNO,**

               **Plaintiff,**

     **v.**                                                                        **9:08-CV-1017**
                                                                                        **Member Case**
**DR. SHARMA,** *et al.***,**                                             **(NAM/ATB)**

               **Defendants.**
_____

**APPEARANCES:**                                              **OF COUNSEL:**

JUAN SERRANO
Plaintiff pro se

C. HARRIS DAGUE
Asst. Attorney General
Attorneys for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 9th day of September 2010. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Lead Case No. 9:08-CV-745 and Member Case No. 9:08-CV-1017 are dismissed with prejudice in their entirety pursuant to Fed. R. Civ. P. 41(b) for failure to Prosecute.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 30, 2010
       Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge